■ **Angelo Targia**, Appellant-Respondent, v **Florence Merola**, Respondent-Appellant. [643 NYS2d 405] —Appeal by the plaintiff and cross appeal by the defendant from an order of the Supreme Court, Dutchess County (Beisner, J.), entered April 24, 1995.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Beisner at the Supreme

Court. Balletta, J. P., Miller, Sullivan and Copertino, JJ., concur.